UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Jason Colon, Cr. No. 12-791 (SRC)

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Jason Colon** is now confined at the Passaic County Jail.

2. Said individual will be required at Newark, New Jersey, before the Hon. Stanley R. Chesler, U.S. District Judge, on December 18, 2012, at 12:00 p.m., for an arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 12, 2012

s/Rahul Agarwal
Rahul Agarwal
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: December 12, 2012

Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Passaic County Jail: WE COMMAND YOU that you have the body of

**Jason Colon**,

now confined at the Passaic County Jail, brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the United States Courthouse and Post Office Building in NEWARK, NJ, on December 18, 2012 at 12:00 p.m., so that he may attend his arraignment in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: December 12, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: [signature]
Deputy Clerk